UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN FLETCHER and GARRETT FLETCHER, <br><br>                  Plaintiffs, <br><br> -against- <br><br> ABDOULAYE NIANG, ALEXANDER NIANG, MEWZA LLC, ABARIKA LLC, and HENAN FANDING NETWORK TECHNOLOGY CO., LTD., <br><br>                  Defendants. | 24-CV-1913 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendants moved to dismiss or transfer Plaintiffs' complaint. Plaintiffs then filed an amended complaint and Defendants renewed their motions. Accordingly, Defendants original motions are DENIED as moot.

      The Clerk of Court is directed to close the motions at Dkts. 29 and 31.

      SO ORDERED.

Dated: May 17, 2024
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                              United States District Judge