

James W. Hawkins, Of Counsel
jhawkins@ichterdavis.com
678-697-1278

June 6, 2024

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**Re:** *Bryan Fletcher, et al. v. Abdoulaye Niang, et al.*, **in the United States District Court for the Southern District of New York, Civil Action No. 1:24-cv-01913-AS**

Dear Judge Subramanian:

Defendants Abdoulaye Niang, Alexander Niang, Mewza LLC and Abarika LLC (the "Niang Defendants") have filed a Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 39) and a Motion to Transfer Jurisdiction (Doc. 41). Plaintiffs' opposition to said motions are currently due no later than Monday, June 10, 2024.

The parties are engaged in settlement discussions and <u>the Niang Defendants wish to withdraw their motions, without prejudice. With the stipulation and agreement of Plaintiffs, the Niang Defendants request that they be permitted to re-file renewed versions of those motions on or before June 24, 2024, if this matter is not resolved before then.</u>

The parties have previously sought two extensions of time for Plaintiffs to respond to the aforementioned motions.

SO ORDERED. The Clerk of Court is directed to close Dkts. 40, 42, and 48.

Sincerely,

*/s/ James W. Hawkins*

James W. Hawkins

Arun Subramanian, U.S.D.J.
Date: June 7, 2024

June 6, 2024
Page 2

   cc:  Dorothy Weber, Esq.
        Mark H. Bloomberg, Esq.