UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bryan Fletcher and Garrett Fletcher,<br>        Plaintiffs,<br><br>   -against-<br><br>Abdoulaye Niang et al.,<br>        Defendants. | 24-CV-1913 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated at the status conference held on January 15, 2025, defendants must retain new counsel by **February 4, 2025**. If defendants are unable to do so, the case will proceed against the individual defendants acting *pro se*, and the corporate defendants will be at risk of a default judgment.

  By **February 11, 2025**, the parties should meet and confer and jointly propose a schedule to the Court for the rest of the case.

  SO ORDERED.

Dated: January 16, 2025
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge