UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bryan Fletcher and Garrett Fletcher,<br><br>        Plaintiffs,<br><br>  -against-<br><br>Abdoulaye Niang et al.,<br><br>        Defendants. | 24-CV-1913 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court granted the parties' joint request for a stay on July 1, 2024. Dkt. 52. It was the Court's understanding that the parties wanted to stay the case because the trademark claims had been resolved through entry of a permanent injunction, and the copyright claims were pending resolution of the Georgia lawsuit.

  In December 2024, plaintiffs filed a letter indicating that defendants had violated the terms of the permanent injunction and previewed that they intended to move to lift the stay once defendants obtained new counsel. Dkt. 59. The Court then held a status conference on January 15, 2025, during which defendants agreed to seek new counsel expeditiously and move the case forward. Dkt. 69. Defendants have since retained counsel from Holland & Knight LLP.

  The parties now raise numerous new issues about the status of the stay and the Georgia case. Dkts. 72, 78. The Court clarifies that it has not lifted the stay *sua sponte*, but either party may move to lift the stay at any point. The Court will address any remaining issues after it decides on a motion to lift the stay.

  SO ORDERED.

Dated: March 13, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge