UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bryan Fletcher and Garrett Fletcher,<br><br>        Plaintiffs,<br><br>  -against-<br><br>Abdoulaye Niang et al.,<br><br>        Defendant(s). | 24-CV-1913 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  After the parties in this case reached an agreement to settle the trademark infringement claims (with entry of a permanent injunction) in June 2024, they jointly requested that the copyright claims be stayed pending resolution of a lawsuit in the Northern District of Georgia, *Niang v. Phatmojo LLC et al.*, No. 1:23-cv-5446-SEG. Dkt. 52. The Court granted that request and stayed the case. Dkt. 54. At the time, plaintiffs say, the parties were "actively engaged in good faith settlement discussions," and defendants' counsel "indicated that, in the event the case could not settle, [defendants] wished to move the Georgia [case] forward expeditiously." Dkt. 81 at 1.

  Plaintiffs now move to lift the stay. The Court notes that since the parties finished briefing the motion to lift the stay, the case in the Northern District of Georgia was settled. By **May 12, 2025**, the parties should meet and confer and submit a joint letter to the Court indicating what claims, if any, remain live in this case.

  SO ORDERED.

Dated: May 6, 2025
   New York, New York

                             ARUN SUBRAMANIAN
                             United States District Judge